**Order entered May 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01437-CV

**EBAY INC., Appellant**

**V.**

**ADVOCARE INTERNATIONAL, L.P., Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01545-2014**

## ORDER

We **GRANT** appellant's May 21, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than June 5, 2015. Appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/     CRAIG STODDART
         JUSTICE